# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KIMBERLY A. MANATT**                                                                 **PLAINTIFF**

v.                                   No. 4:16-CV-69-SWW-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                     **DEFENDANT**

## RECOMMENDED DISPOSITION

**Instructions**.  This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright.  Parties may file written objections to this Recommendation.  Objections must be specific and must include the factual or legal basis for the objection.  To be considered, objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record.  By not objecting, parties may also waive any right to appeal questions of fact.

**Background**.  Plaintiff Kimberly A. Manatt, proceeding *pro se* and *in forma pauperis*, filed a Complaint seeking review of the Commissioner's denial of her application for social security disability benefits.  The Commissioner filed an Answer on April 18, 2016.  Thereafter, a Scheduling Order was entered for the filing of briefs by the parties.  Ms. Manatt's brief was due on June 2, 2016.  She failed to file a brief as instructed.

By Order of August 25, 2016, Ms. Manatt was directed to file a brief on or before September 8, 2016, if she wished to pursue her case.  Ms. Manatt has not filed a brief and has not responded to the Court in any manner.  She was warned that failure to comply with the Court's order would result in dismissal of her lawsuit for failure to prosecute.

**Conclusion.**  Ms. Manatt's lawsuit should be dismissed, without prejudice, for failure to comply with the Court's Orders and failure to prosecute her case.

Dated this 20th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE