# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KIMBERLY A. MANATT**                                                          **PLAINTIFF**

**v.**                         **No. 4:16-CV-69-SWW-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff's Complaint is hereby dismissed, without prejudice, for failure to comply with Court Orders and prosecute her claims, in accordance with Local Rule 5.5. The Clerk is directed to close this case.

IT IS SO ORDERED, this 14th day of October, 2016.

                                                  /s/Susan Webber Wright
                                                  UNITED STATED DISTRICT JUDGE