**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KIMBERLY A. MANATT**                                                   **PLAINTIFF**

**v.**                      **No. 4:16-CV-69-SWW-BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                     **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of October, 2016.

                                               /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE